UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1-82

| | |
|---|---|
| **PEDRO JOSÉ NIEVA ANNONI**<br><br>Plaintiff<br>v.<br><br>**HÉCTOR GONZÁLEZ LÓPEZ; JANE DOE; CONJUGAL PARTNERSHIP GONZÁLEZ-DOE; UNIVERSAL INSURANCE COMPANY**<br><br>Defendants | CIVIL NO.:  18-01077 (     ) |

**COMPLAINT**

TO THE HONORABLE COURT:

COME NOW plaintiffs, through the undersigned attorney, and respectfully state, allege and pray as follows:

1. The jurisdiction of this Honorable Court is invoked based on diversity of citizenship, pursuant to 28 USCA section 1332.

2. Venue is proper in the District of Puerto Rico pursuant to 28 USC sec. 1391 because the events that gave rise to this cause of action occurred in Puerto Rico.

3. Plaintiff is the son of Maria Annoni, who was injured in a traffic accident caused by defendant Hector Gonzalez. He is domiciled in 805 N Olive Ave, Apt 312, West Palm Beach, 33401, FL.

4. Co-defendant Héctor González is of legal age. His address is Condominio Segovia, Apt. PH-3, Calle Sergio Bustamante #560, phone number; (939) 397-7851. At the time of the facts herein alleged, his driving license number was #205434.  He was also the owner and driver of a vehicle Audi Q7 black, license plate IEV-706.

5. Defendant JANE DOE is the spouse of Hector Gonzalez.

6. Defendants Gonzalez and Doe are legally married and together they form the Gonzalez-Doe legal conjugal partnership.

7. Co-defendant Universal Insurance Company (Universal) is a corporation authorized to do business in Puerto Rico. Universal sells insurance policies that cover risks, occurrences and damages like the ones herein described.

8. At the time of the events, Universal had issued a policy insuring codefendant Hector González López and/or his vehicle Audi Q7, license plate IEV-706.

9. Universal already investigated the incident described herein. Universal investigation/claim number for this incident is 1934980-1.

10. This complaint arises from a traffic accident that occurred on July 6, 2017 between plaintiff's mother, Maria Annoni (74 years of age), and co-defendant Héctor González López, who at the time drove a vehicle Audi Q7, license plate IEV-706.

11. The accident occurred in a sidewalk in front of the establishment known as La Hacienda Meat Center, located at Ave. De Diego # D-50, Urb. Caribe, San Juan, PR 00926.

12. That day, around 1:00 pm, Mrs. Annoni was walking through said sidewalk.

13. Just before the moment of impact, codefendant González López had been parked in a space designated for disabled people.

14. As Mrs. Annoni passed in front of the Audi vehicle, it suddenly and without warning accelerated and entered the sidewalk.

15. Without any warning whatsoever, Mrs. Annnoni was impacted by the Audi, while driven by Héctor González López.

16. Mrs. Annoni ended up crushed between the Audi and one the walls of La Hacienda.

17. The impact was so strong that Mrs. Annoni's right thigh exploded; tissue from her leg could be identified in the Audi and blood was spilled all over the sidewalk.

18. While still crushed between the Audi and the wall, Mrs. Annoni started to bang the hood of defendant González López's vehicle, but still he did not shifted gears or moved the car backwards.

19. Mrs. Annoni was finally freed when several people came to help her and moved the vehicle.

20. In addition, an employee of the parking lot had to push defendant González López out of the driver's seat, so the ignition could be turned off.

21. Mrs. Annoni was transported on an ambulance to the Medical Center, with an open wound and fractures in the femur and in the patella of her right leg.

22. She underwent orthopedic surgery on July 7, 2017 for her fractures and received multiple sutures to close her wounds.

23. As part of her medical treatment, Mrs. Annoni was hospitalized or had to visit the emergency room or attend to medical appointments on multiple occasions.

24. As a result of these events, Mrs. Annoni's life was completely changed. While before she was a totally independent woman enjoying her golden years, she is now partially incapacitated and dependent on her son and daughter for her daily care.

25. As a result of all the injuries suffered by his mother, plaintiff experienced and continues to experience severe mental anguishes. His damages are estimated in no less than $200,000.00.

26.     Defendants are jointly liable for the damages claimed herein.

27.     If defendants deny their liability, they would be litigating obstinately, and plaintiff would be entitled to costs, attorney's fees and pre-judgment interests.

WHEREFORE, Plaintiff respectfully request from this Honorable Court a judgment against codefendants, jointly and severally, for the damages sustained by Plaintiffs, as well as the award of costs, attorney's fees, interest, expenses and any other relief allowed in law and/or equity the Court might deem proper, regardless whether said remedy was claimed or not.

In San Juan, Puerto Rico, this 12th day of February, 2018.

Respectfully submitted,

**S/LUIS MARTINEZ-LLORENS**
LUIS MARTINEZ-LLORENS
BAR NO.: 211509
Attorney for Plaintiffs
LUIS MARTINEZ-LLORENS
LAW OFFICES, P.S.C.
361 San Francisco St.
Third Floor
San Juan, PR 00901
PO Box 9023904
San Juan, PR  00902-3904
Tel.:  (787) 725-1012
Fax.: (787) 725-1082
E-mail: lmartinez@lmlawpr.com